

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

April 7, 2014

Superior Court of California, County of Orange
700 Civic Center Drive West
Santa Ana, California  92701
ATTN: Executive Office

Re:  Case Number: 8:14-cv-00490-CJC-DFM

Previously Superior Court Case No. 30-02014-00701394

Case Name: Good Hill Inc v. Niki Y. Seong et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on   April 4, 2014  , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Trina DeBose
    Deputy Clerk  714-338-4568

☐ Western   ☐ Eastern   ☒ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____

Date                                      Deputy Clerk

CV - 103 (09/08)          **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**